**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-1608

THEODORE W. ROBINSON,

Plaintiff - Appellant,

versus

HERBERT E. MAXEY, JR.; MICHELLE D. ROBINSON;
RICHARD S. BLANTON, in his individual
capacity,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville. Norman K. Moon, District Judge. (CA-98-90-3)

Submitted: July 22, 1999        Decided: July 28, 1999

Before ERVIN, HAMILTON, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Theodore W. Robinson, Appellant Pro Se. Collin Jefferson Hite, Frank B. Miller, III, SANDS, ANDERSON, MARKS & MILLER, Richmond, Virginia; Mark L. Earley, Attorney General, Gregory E. Lucyk, Edward Meade Macon, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Theodore W. Robinson appeals the district court's order dismissing his complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Robinson v. Maxey</u>, No. CA-98-90-3 (W.D. Va. Mar. 30, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>